**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Stalwart Plastics, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-1598863** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7701 Chattsworth Rd.**<br>**Midland, GA 31820**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Muscogee**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Stalwart Plastics, Inc.**                                    Case number (*if known*) _____
    Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Stalwart Plastics, Inc.**                                        Case number (*if known*)
    Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Zummit Plastics, Inc.** | Relationship | **Affiliate** | |
| District | **Arizona** | When | **2/01/24** | Case number, if known | **2:24-bk-00816-BKM** |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Stalwart Plastics, Inc.**                                    Case number (*if known*) _____
     Name

**16.  Estimated liabilities**
    ☐ $0 - $50,000                ☐ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion
    ☐  $50,001 - $100,000           ☑ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Stalwart Plastics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 29, 2024**
MM / DD / YYYY

X **/s/ Angelina Valero**
Signature of authorized representative of debtor

**Angelina Valero**
Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

X **/s/ David L. Bury, Jr.**
Signature of attorney for debtor

Date    **March 29, 2024**
MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Third Street**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone    **478-750-9898**        Email address    **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

### JOINT RESOLUTION OF THE SOLE SHAREHOLDER AND DIRECTOR
### OF STALWART PLASTICS, INC.

The following joint action was taken by the sole shareholder and director of Stalwart Plastics, Inc. (the "**Company**") by this written consent to said action signed by the sole shareholder and director of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Georgia; and

That the following individuals, on behalf of the Company, are each authorized, individually or jointly, to take such actions and to execute such instruments and documents as, in their sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case:

| | |
|---|---|
| Jose Antonio Montes Vera | President and Sole Director |
| Angelina Valero | Secretary/Treasurer/Chief Financial Officer |
| Miguel Luna | Vice President |

Dated: March 22, 2024.

**SOLE SHAREHOLDER**                                    **SOLE DIRECTOR**

FRUMA PLASTICS S.A. DE C.V.

By: _____    _____
   Jose Antonio Montes Vera, its Director    JOSE ANTONIO MONTES VERA

**ACKNOWLEDGED, CONSENTED TO, AND AGREED:**

_____
ANGELINA VELERO, Chief Financial Officer, Secretary, and Treasurer

_____
MIGUEL LUNA, Vice-President

G:\CLIENTS\Stalwart Plastics, Inc\Chapter 11\Petition\Consent Minutes - Stalwart Plastics, Inc. (for signature 03.22.24).doc

**Fill in this information to identify the case:**

Debtor name  **Stalwart Plastics, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF GEORGIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __March 29, 2024__          X /s/ Angelina Valero
                                            Signature of individual signing on behalf of debtor

                                            **Angelina Valero**
                                            Printed name

                                            **Chief Financial Officer**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stalwart Plastics, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABZAC 815 Moulin 333320 d'Abzac Eysines France** | | **Cores** | | | | **$175,805.96** |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit Card** | | | | **$125,632.00** |
| **Arrive Logistics 7701 Metropolis Drive Building 15 Austin, TX 78744** | | **Freights** | | | | **$20,976.00** |
| **Cigna Health Insurance P.O. Box 747102 Pittsburgh, PA 15274-7102** | | **Health Insurance** | | | | **$23,769.72** |
| **Clearwater Plumbing 1402 46th Street Phenix City, AL 36867-1928** | | **Maintenance** | | | | **$53,300.00** |
| **Empaques Poliplasticos Avenida Panamericana 1 Independencia Pedro Esobedo Queretaro 76700 Mexico** | | **Resin and Spare Parts** | | | | **$249,855.16** |
| **Estes Express Lines P.O. Box 105160 Atlanta, GA 30348-5160** | | **Freights** | | | | **$57,915.88** |
| **Exxon Mobil P.O. Box 74007278 Chicago, IL 60674** | | **Resin** | | | | **$505,245.21** |

| Debtor | **Stalwart Plastics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Georgia Power 96 Annex Atlanta, GA 30396** | | **Utilities** | | | | $49,202.90 |
| **GREIF 3082 Hmphries Hill Road Plant #1 Austell, GA 30106** | | **Cores** | | | | $65,467.80 |
| **Industrial Contracting Services & Maint 120 Gateway Court Columbus, GA 31909** | | **Maintenance** | | | | $59,622.00 |
| **Metro Power 1443 6th Avenue Columbus, GA 31901** | | **Services** | | | | $30,637.64 |
| **Nova Chemicals, Inc. 1555 Coraopolos Heights Road Coraopolis, PA 15108** | | **Resin** | | | | $105,833.70 |
| **Sace Insurance P.O. Box 1842 Knoxville, TN 37901** | | **Insurance** | | | | $2,319,005.00 |
| **Saia Motor Freight Line, LLC P.O. Box 730532 Dallas, TX 75373** | | **Maintenance** | | | | $85,738.30 |
| **Schneider National, Inc. P.O. Box 281496 Atlanta, GA 30384** | | **Freights** | | | | $36,992.98 |
| **Shell Polymers 150 N. Dairy Ashford Woodcreek Floor 8 Houston, TX 77079** | | **Resin** | | | | $261,327.77 |
| **Sunflower Bank, N.A. c/o Scott V. Sipe 7047 E. Greenway Parkway - Suite 140 Scottsdale, AZ 85254** | | **Alleged Guaranty** | **Disputed** | | | $2,743,192.73 |

Debtor   **Stalwart Plastics, Inc.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Truist Bank c/o Lisa Allen, SVP 2520 Northwinds Parkway - Suite 400 Alpharetta, GA 30009** | | **Credit Card** | **Disputed** | | | **$725,821.42** |
| **Yancey Bros. Co. 2946 Smith Road Fortson, GA 31808** | | **Services** | | | | **$26,774.85** |

# United States Bankruptcy Court
## Middle District of Georgia

In re __Stalwart Plastics, Inc.__ | Case No. _____
_____
Debtor(s) | Chapter __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fruma Plastics S.A. de C.V.**<br>**Boulevard 7000-B, Colonia Centro Sur**<br>**Queretaro, QRO, 66090**<br>**MEXICO** | **Common Stock** | **100%** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 29, 2024__              Signature __/s/ Angelina Valero__
                                                     __Angelina Valero__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Georgia**

In re   **Stalwart Plastics, Inc.**                                                      Case No.
                                                          Debtor(s)         Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **March 29, 2024**                          **/s/ Angelina Valero**
                                                    **Angelina Valero**/**Chief Financial Officer**
                                                    Signer/Title

ABZAC
815 Moulin 333320
d'Abzac Eysines
France

Adrian Morales Flores
6500 Whittlesey Boulevard
Columbus GA 31907

Adrian Peredo
1111 Agave Road
Paradise Valley AZ 85253

AirGas
3129 5th Avenue
Columbus GA 31904

Alert One Protection Services
1032 55th Street
Columbus GA 31904

Alyssa Primerano
1100 East Avenue - Apt. 3C
Rochester NY 14607

American Express
P.O. Box 981535
El Paso TX 79998-1535

American Pride Lawn Care
P.O. Box 364
Fortson GA 31808

Andon Mack
318 Hardaway Court
Columbus GA 31907

Angelina Valero Alvarez
4301 E. Pony Lane
Gilbert AZ 85295

Anthony Hendricks
884 Arrington Drive
Columbus GA 31907

Arrive Logistics
7701 Metropolis Drive
Building 15
Austin TX 78744

Arrow Exterminators
4320 Gilbert Avenue
Columbus GA 31904

ATS Logistics Services
P.O. Box 1450
Minneapolis MN 55485

Averitt
1415 Neal Street
Cookeville TN 38501

Blossman Gas
3003 Marvyn Parkway
Opelika AL 36801

Brittney Holcomb
2737 East Wynnton Lane
Columbus GA 31906

Cassandra R. Sargenti
202 Foxdale Court
Lagrange GA 30240

CenterPoint Consultants
10645 N. Tatum Boulevard
Suite 200-471
Phoenix AZ 85043

Central Insurance
800 S. Washington Street
Van Wert OH 45891

Chattahoochee Pallets
4157 Old Cusseta Road
Columbus GA 31903

Chem Aqua
P.O. Box 152170
Irving TX 75015-2170

Christopher Lee
1004 Gateway Drive
Phenix City AL 36867

Cigna Health Insurance
P.O. Box 747102
Pittsburgh PA 15274-7102

City of Columbus
False Alarm Reduction
P.O. Box 931713
Atlanta GA 31193-1713

Clarence Johnson
408 Braselman Avenue
Columbus GA 31907

Clearwater Plumbing
1402 46th Street
Phenix City AL 36867-1928

Columbus Water Works
1421 Veterans Parkway
Columbus GA 31901

Comfort Systems USA
177A Woodfield Drive
Macon GA 31210

Complete Resource Management, LLC
1701 N. Washington Street
Albany GA 31701

Concentra
P.O. Box 82730
Atlanta GA 30354-0730

Crimcheck
P.O. Box 361309
Strongsville OH 44136

Daquirius Brown
3800 Woodmont Drive
Columbus GA 31907

Daryl B. Sanders
5018 Steam Mill Road
Columbus GA 31907

David Perry
704 Winall Drive
Columbus GA 31907

Davontay Wright
884 Arlington Drive
Columbus GA 31907

Don Johnson
544 Lawyers Lane
Columbus GA 31907

Duane Lindsley
446 Woodyard Street
Dadeville AL 36853

Eddie Pitts
2024 Courtland Avenue
Columbus GA 31907

Empaques Poliplasticos
Avenida Panamericana 1
Independencia Pedro Esobedo
Queretaro 76700
Mexico

England Logistics
1325 S. 4700 W.
Salt Lake City UT 84101

Esperanza Velasquez
3608 W Solano Drive
Phoenix AZ 85019

Estes Express Lines
P.O. Box 105160
Atlanta GA 30348-5160

Exxon Mobil
P.O. Box 74007278
Chicago IL 60674

Fitzmark
950 Dorman Street
Indianapolis IN 46202

Fruma Plastics S.A. de C.V.
Boulevard 7000-B, Colonia Centro Sur
Queretaro, QRO, 66090
MEXICO

Gaffney Overhead Door
P.O. Box 1231
Columbus GA 31902

Gary L. Williams
4682 Farley Drive
Columbus GA 31907

Gaston Vidal Santillan
6363 Flat Rock Road - Apt. 0256
Columbus GA 31907

Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century BLVD NE, Suite 9100
Atlanta GA 30345

Georgia Power
96 Annex
Atlanta GA 30396

GFL Environmental
P.O. Box 555193
Detroit MI 48255-5193

Global Life Insurance
3700 South Stonebridge Drive
McKinney TX 75070

GREIF
3082 Hmphries Hill Road
Plant #1
Austell GA 30106

Guillermo Barragan Crispin
464 N. Oakley Drive
Columbus GA 31906

Higgs Fletcher & Mack, LLP
401 W A Street - Suite 2600
San Diego CA 92101

Industrial Contracting Services & Maint
120 Gateway Court
Columbus GA 31909

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Jamie Dale McDonald Henke
8828 W Agora Lane
Tolleson AZ 85353

Jessica Canty
4545 Old Cusseta Road
Columbus GA 31903

Jessica Leigh Ives
34 Mustang Trail
Waverly Hall GA 31831

Jessica Samuels
2418 Lord Anson Drive
Waxhaw NC 28173

Jorge Ruiz
6300 Miligen Road
Columbus GA 31907

Jose Luis Juarez
6300 Milgen Road
Columbus GA 31907

Kamiya Slipplen
3053 Drake Street
Columbus GA 31903

Keith Williams
1477 Bunker Hill Road
Columbus GA 31907

Kwancy Freeman
200 16th Street
Phenix City AL 36867

Larry Richardson
821 Arlington Drive
Columbus GA 31907

Lekendrick Miles
220 32nd Avenue
Columbus GA 31903

Marcus Pattereson
925 Amber Drive
Columbus GA 31907

Mark Riley
23227 N. Church Road
Paradise Valley AZ 85253

Matthew Dorrill
2383 Lee Road 254
Salem AL 36874

Matthew Kreh
6102 Catalina Drive
Columbus GA 31909

McMaster-Carr
P.O. Box 7690
Chicago IL 60680

Metro Power
1443 6th Avenue
Columbus GA 31901

Michael Rorer
1624 Breeds Hill Loop
Columbus GA 31907

Miguel Luna
7701 Chattsworth Rd.
Midland GA 31820

Montrell Freeman
2900 Stadium Drive
Phenix City AL 36867

MPI Morheat, Inc.
97-170 Brockport Drive
Toronto Ontario  M9W 5C8
Canada

Muscogee County Tax Commissioner
c/o Hon. Lula Huff
3111 Citizens Way
Columbus GA 31906

New Wave Transport, LLC
13767 Darwin Drive
Moreno Valley CA 92555

Nova Chemicals, Inc.
1555 Coraopolos Heights Road
Coraopolis PA 15108

Oscar Ramirez Avila
6363 Flat Rock Road - Apt. 57
Columbus GA 31907

Page Scrantom Sprouse Tucker & Ford
P.O. Box 1199
Columbus GA 31902

Principal Life Insurance
711 High Street
Des Moines IA 50392-0306

Priority 1
P.O. Box 840808
Dallas TX 75284

Quantico Plastics Group, Inc.
240 North 48th Avenue - Suite #3
Phoenix AZ 85043

Robert H. Turner
1512 Summerplace Drive
Phenix City AL 36867

Robert Sitz
4845 Burt Mar Drive
Columbus GA 31907

Rowe Equipment
P.O. Box 1716
Cypress TX 77410

RXO Logistics
13777 Ballantyne Corporate Place
Charlotte NC 28277

Sace Insurance
P.O. Box 1842
Knoxville TN 37901

Saia Motor Freight Line, LLC
P.O. Box 730532
Dallas TX 75373

Sarah Shelley
4718 W. Shangri La Road
Glendale AZ 85304

Savion Deweever
4304 Kenesaw Drive
Columbus GA 31907

Scales Systems, Inc.
1429 5th Avenue
Columbus GA 31901

Schneider National, Inc.
P.O. Box 281496
Atlanta GA 30384

Shell Polymers
150 N. Dairy Ashford Woodcreek
Floor 8
Houston TX 77079

Shine Logistics, LLC
9245 Laguna Drive - Suite 200
Elk Grove CA 95758

Simco Ion Industrial
2257 North Penn Road
Hatfield PA 19440

Snider Fleet Solutions
P.O. Box 749652
Atlanta GA 30374

Southeastern Freightline
3200 Williams Road
Columbus GA 31909

Steve Duppler
643 Florence Street
Hampshire IL 60140

Sunflower Bank, N.A.
c/o Scott V. Sipe
7047 E. Greenway Parkway - Suite 140
Scottsdale AZ 85254

Supply One Atlanta
300 Villanova Drive, SW
Atlanta GA 30336

Tacomo A. Yahola
1684 Breeds Hill Loop
Columbus GA 31907

Tarchitects
352 University Avenue
Atlanta GA 30336

Thomas Howard
2472 Mesa Street
Columbus GA 31903

Tianna Patton
398 Unbridled Road
Waxahachie TX 75165

Tomas Maximo
3911 Steam Mill Road
Columbus GA 31907

Tovarrious Coleman
7 Melody Court
Columbus GA 31907

Toyota Commercial Finance
P.O. Box 660926
Dallas TX 75266

TQL Top Quality Logistics
P.O. Box 634558
Cincinnati OH 45263

Trane
3547 Gentian Boulevard
Columbus GA 31907

Travis Broadnax
8082 Veterans Parkway
Columbus GA 31909

Trident Transport
505 Riverfront Parkway
Chattanooga TN 37402

Truist Bank
c/o Lisa Allen, SVP
2520 Northwinds Parkway - Suite 400
Alpharetta GA 30009

Truist Equipment Finance Corp.
c/o Lisa Allen, SVP
2520 Northwinds Parkway - Suite 400
Alpharetta GA 30009

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago IL 60680

United Business Insurance Company
400 Franklin Gateway S.E. - Suite 240
Marietta GA 30067

United Healthcare
UHS Billing
P.O. Box 959782
Saint Louis MO 63195

Vallley Pallet & Crating
P.O. Box 260
Pine Mountain Valley GA 31823

Veritas Logistics
P.O. Box 6206
Cincinnati OH 45206

Warren Transport, Inc.
P.O. Box 420
Waterloo IA 50704

WideOpenWest
6050 Knology Way
Columbus GA 31909

Willie Johnson
301 Jefferson Drive
Columbus GA 31907

Willie Walker
3900 Eagle Ridge Lane
Opelika AL 36801

Yancey Bros. Co.
2946 Smith Road
Fortson GA 31808

# United States Bankruptcy Court
## Middle District of Georgia

In re   **Stalwart Plastics, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Stalwart Plastics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fruma Plastics S.A. de C.V.**
**Boulevard 7000-B, Colonia Centro Sur**
**Queretaro, QRO, 66090**
**MEXICO**

☐ None [*Check if applicable*]

**March 29, 2024**

Date

**/s/ David L. Bury, Jr.**

**David L. Bury, Jr. 133066**

Signature of Attorney or Litigant

Counsel for   **Stalwart Plastics, Inc.**

**Stone & Baxter, LLP**
**577 Third Street**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**