**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| **STALWART PLASTICS, INC.,** | : Chapter 11 Case No. 24-40194-JTL |
| | : |
| Debtor. | : |
| | : |

**MOTION FOR EXPEDITED HEARING ON DEBTOR'S FIRST DAY MOTIONS**

COMES NOW Stalwart Plastics, Inc., Debtor and Debtor-in-Possession in the above-captioned case, (the "**Debtor**") and files this *Motion for Expedited Hearing on Debtor's First Day Motions*, respectfully showing as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of Bankruptcy Code on March 29, 2024 (the "**Petition Date**").

2. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to Section 1107 and 1108 of the Bankruptcy Code.

3. No trustee, committee, or examiner has been appointed in this case.

4. Contemporaneously herewith, the Debtor filed the following first day motions:

(i) Application for Authority to Retain GGG Partners LLC to Provide Interim Management Services of (I) Richard B. Gaudet as Chief Restructuring Officer and (II) Certain Other Personnel (Dkt. 4);

(ii) Motion for Interim and Final Orders (A) Authorizing the Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (B) Requesting an Expedited Interim Hearing Thereon; and (C) Scheduling a Final Hearing on the Valuation and Use of Cash Collateral (Dkt. 5);

(iii) Motion to Establish Critical Vendor Payment Procedures (Dkt. 6);

(iv) Motion for Authority to Continue Pre-Existing Insurance Programs, to Maintain Insurance Premium Financing Programs, and to Pay Pre-Petition Premiums and Related Obligations (Dkt. 7);

(v) Motion for Order under Sections 105(a) and 366(c) of the Bankruptcy Code (1) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on

        Account of Pre-Petition Invoices, (2) Authorizing Debtor to Pay Unpaid Pre-Petition Invoices, (3) Deeming Utilities Adequately Assured of Future Performance, (4) Establishing Procedures for Determining Requests for Additional Adequate Assurance of Future Performance (Dkt. 8);

(vi)    Motion for an Order Authorizing the Continued Use of Existing Bank Accounts (Dkt. 9);

(vii)    Motion for an Order Limiting Notice and Establishing Notice Procedures (Dkt. 10); and

(viii)    Motion for Order Authorizing Payment of Wages, Salaries, Payment of Related Taxes and Withholdings (Dkt. 11)

(collectively, the "**First Day Motions**").

       5.    The Debtor requests an expedited hearing on said First Day Motions. The Debtor shows that immediate and irreparable harm and economic and financial hardship will occur to its business operations unless authorized to immediately grant or receive the relief requested, and do all other things for which permission is sought, in the First Day Motions.

       6.    Along with this Motion for Expedited Hearing, the Debtor's proposed undersigned counsel submits its *Certification Regarding Request for Expedited Hearing* and incorporates the same herein by this express reference.

       7.    The Debtor has submitted a proposed Order Authorizing Expedited Hearing with this Motion and will serve such Order according to the terms therein.

       Respectfully submitted this 1st day of April, 2024.

                          **STONE & BAXTER, LLP**
                          By:

                          */s/ David L. Bury, Jr.*
                          David L. Bury, Jr.
                          Georgia Bar No. 133066
                          G. Daniel Taylor
                          Georgia Bar No. 528521
                          Thomas B. Norton

| | |
|---|---|
| | Georgia Bar No. 997178 |
| 577 Third Street | dbury@stoneansbaxter.com |
| Macon, Georgia 31201 | dtaylor@stoneandbaxter.com |
| 478.750.9898 | tnorton@stoneandbaxter.com |
| 478.750.9899 (fax) | |
| | Proposed Counsel for the Debtor |

G:\CLIENTS\Stalwart Plastics, Inc\Chapter 11\Expedited Hearing\Expedited Hearing Package\Motion for Expedited Hearing on First Day Motions (final for upload 03.29.24).docx