**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-40194-JTL |
| **STALWART PLASTICS, INC.,** ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT**
**OF**
**COMMITTEE OF UNSECURED CREDITORS**

Mary Ida Townson, United States Trustee for Region 21 ("United States Trustee"), through the undersigned counsel, pursuant to 11 U.S.C. § 1102(a) hereby appoints the following Creditors to serve on the Committee of Unsecured Creditors:

**SEE EXHIBIT "A" ATTACHED**

Date: April 15, 2024.

Respectfully submitted,

MARY IDA TOWNSON
United States Trustee

Office of the U.S. Trustee          By:   /s/ Robert G. Fenimore
440 Martin Luther King Jr. Blvd, Ste. 302      Robert G. Fenimore
Macon, GA 31201     (478) 752-3545          Trial Attorney
robert.g.fenimore@usdoj.gov              GA Bar No. 205202

## **EXHIBIT "A"**

Industrial Contracting Services &
Maintenance, Inc.
c/o Trish Fisher, Office Manager
P.O. Box 8102
Columbus, GA 31908
Phone: (706) 568-0699
Fax: (706) 568-0606
Email: trish@icsandm.net

Clearwater Plumbing
c/o Kael Kerlick, Recovery Specialist
1008 Mattlind Way
Milford, DE 19963
Phone: (302) 786-5803
Fax: (302)786-5803
Email: kael@rsgcollect.com

## CERTIFICATE OF SERVICE

      I hereby certify that the following parties have been served with the pleading **UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS.** Those not served by electronic means by the Court's electronic filing system have been served by first class mail:

Industrial Contracting Services &
Maintenance, Inc.
c/o Trish Fisher, Office Manager
P.O. Box 8102
Columbus, GA 31908

Clearwater Plumbing
c/o Kael Kerlick, Recovery Specialist
1008 Mattlind Way
Milford, DE 19963

Stalwart Plastics, Inc.
7701 Chattsworth Road
Midland, GA 31820

David L. Bury, Jr.
Thomas B. Norton
Gregory D. Taylor
Attorneys for Debtor
Stone & Baxter
577 Third Street
Macon, GA  31201

And all parties on the attached list from Short List Exhibit A.

      This 15th day of April 2024.

| | |
|---|---|
| Office of the U.S. Trustee | By:  /s/ Robert G. Fenimore |
| 440 Martin Luther King Jr. Blvd, Ste. 302 | Robert G. Fenimore |
| Macon, GA 31201      (478) 752-3545 | Trial Attorney |
| robert.g.fenimore@usdoj.gov | GA Bar No. 205202 |

Industrial Contracting Services &
Maintenance, Inc.
c/o Trish Fisher, Office Manager
P.O. Box 8102
Columbus, GA 31908

Clearwater Plumbing
c/o Kael Kerlick, Recovery Specialist
1008 Mattlind Way
Milford, DE 19963

Stalwart Plastics, Inc.
7701 Chattsworth Road
Midland, GA 31820

David L. Bury, Jr.
Stone & Baxter
577 Third Street
Macon, GA  31201

Thomas B. Norton
Stone & Baxter
577 Third Street
Macon, GA  31201

Gregory D. Taylor
Stone & Baxter
577 Third Street
Macon, GA  31201

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

Sean Kulka
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

Nicholas J. Garcia
Hall Booth Smith, P.C.
1301 1st Avenue, Suite 100
Columbus, GA 31901

Ashley R. Ray
Scroggins & Williamson, P.C.
4401 Northside Parkway, Suite 450
Atlanta, Georgia 30327

Khaled Tarazi
Buchalter, a Professional Corporation
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2459

ABZAC
815 Moulin 333320
d'Abzac Eysines
France

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Arrive Logistics
7701 Metropolis Drive, Building 15
Austin, TX 78744

Cigna Health Insurance
P.O. Box 747102
Pittsburgh, PA 15274-7102

Clearwater Plumbing
1402 46th Street
Phenix City, AL 36867-1928

Empaques Poliplasticos
Avenida Panamericana 1
Independencia Pedro Esobedo
Queretaro 76700
Mexico

Estes Express Lines
P.O. Box 105160
Atlanta, GA 30348-5160

Exxon Mobil
P.O. Box 74007278
Chicago, IL 60674

Georgia Power
96 Annex
Atlanta, GA 30396

GREIF
3082 Humphries Hill Road
Plant #1
Austell, GA 30106

Industrial Contracting Services &
Maintenance, Inc.
 120 Gateway Court
Columbus, GA 31909

Metro Power
1443 6th Avenue
Columbus, GA 31901

Sace Insurance
P.O. Box 1842
Knoxville, TN 37901

Saia Motor Freight Line, LLC
P.O. Box 730532
Dallas, TX 75373

Schneider National, Inc.
P.O. Box 281496
Atlanta, GA 30384

Shell Polymers
150 N. Dairy Ashford Woodcreek
Floor 8
Houston, TX 77079

Sunflower Bank, N.A.
c/o Scott V. Sipe
7047 E. Greenway Parkway - Suite 140
Scottsdale, AZ 85254

Truist Bank
c/o Lisa Allen, SVP
2520 Northwinds Parkway - Suite 400
Alpharetta, GA 30009

Yancey Bros. Co.
2946 Smith Road
Fortson, GA 31808

| | | |
|---|---|---|
| Fruma Plastics S.A. de C.V.<br>Boulevard 7000-B, Colonia Centro Sur<br>Queretaro, QRO, 66090<br>MEXICO | Georgia Dept. of Revenue<br>Compliance Division<br>ARCS-Bankruptcy<br>1800 Century Blvd., NE, #9100<br>Atlanta, GA 30045 | Internal Revenue Service Centralized<br>Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Muscogee County Tax Commissioner<br>c/o Hon. Lois Huff<br>3111 Citizens Way<br>Columbus, GA 31906 | | |