**SO ORDERED.**

**SIGNED this 22 day of April, 2024.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| STALWART PLASTICS, INC., | : Chapter 11 Case No. 24-40194-JTL |
| | : |
| Debtor. | : |
| | : |

**ORDER ON APPLICATION TO EMPLOY STONE & BAXTER, LLP**
**AS COUNSEL FOR THE DEBTOR**

This matter is before the Court on the *Application to Employ Stone & Baxter, LLP as Counsel for the Debtor* (Dkt. 50) (the "**Application**"). No notice or hearing on the Application is necessary. The Application and accompanying Declaration demonstrate that the attorneys of Stone & Baxter, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to the Debtor or its bankruptcy estate in the matters on which they are to be engaged, and that this bankruptcy case justifies the employment of a professional for the purposes specified. Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. §§ 105(a), 327, and 328 and Bankruptcy Rule 2014, the Application is GRANTED. The Debtor is authorized to employ Stone & Baxter, LLP

as counsel in this bankruptcy case, effective as of March 29, 2024. It is further

ORDERED that compensation shall be paid to Stone & Baxter, LLP on notice, hearing, and approval by the Court pursuant to 11 U.S.C. §§ 330 and 331 of an appropriately-detailed application, to be served on the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals.

ORDERED that Debtor's counsel shall serve this Order upon the United States Trustee and all creditors on Short List in this case within three (3) business days after its entry. Parties receiving this Order shall have twenty-one (21) days from the service date of the Order within which to file a written objection to the entry of this Order, stating the grounds therefor; provided, however, that parties receiving this Order by mail may add three (3) days to the objection deadline in accordance with F.R.B.P. 9006(f). A copy of any such objection shall be served upon Debtor's counsel, addressed: David L. Bury, Jr., Stone & Baxter, LLP, 577 Third Street, Macon, Georgia 31201, dbury@stoneandbaxter.com.

If an objection is filed and served as provided herein, then a hearing on said objection shall be scheduled upon further order. If no objection is filed and served as provided herein, then this Order shall become self-executing, without further hearing or notice.

**END OF DOCUMENT**

**This Order Prepared and Presented By:**

/s/ David L. Bury, Jr.
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 *fax*
dbury@stoneandbaxter.com *email*
Counsel for Debtor