**SO ORDERED.**

**SIGNED this 30 day of April, 2024.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| STALWART PLASTICS, INC., | : Chapter 11 Case No. 24-40194-JTL |
| | : |
| Debtor. | : |
| | : |

**ORDER RELEASING THE DEBTOR AND TRUIST FROM
THE PRE-TRIAL ORDER ON THE MOTION TO CONVERT CASE TO CHAPTER 7
OR, IN THE ALTERNATIVE, TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT
TO 11 U.S.C. §§ 1104(A) and 1112(B), AND APPLICABLE LAW AND OTHER
CONTINUED FIRST DAY PLEADINGS**

Upon the Motion (Dkt. 81) (the "**Motion**") of Truist Bank and Truist Equipment Finance Corp. (collectively, "**Truist**") and the Debtor, and for cause shown and, pursuant to the administrative order doctrine, it is ORDERED that, while all reservations of rights reflected in the Consent Pre-Trial Order at Dkt. 60 (the "**Order**") shall remain reserved, the Debtor and Truist are hereby released from the various pre-trial deadlines and deliveries stated in the Order.

**END OF DOCUMENT**

**Order prepared and submitted by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
Proposed Counsel for the Debtor

**Order consented to by:**

*/s/ Sean C. Kulka (by DLB with express permission)*
Darryl S. Laddin
Georgia Bar No. 460793
Darryl.Laddin@agg.com
Sean Kulka
Georgia Bar. No. 648919
Sean.Kulka@agg.com
Jennifer L. Shelfer
Georgia Bar No. 557213
Jennifer.Shelfer@agg.com
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-7004
Counsel for Truist Bank and Truist Equipment Finance Corp.