UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN RE:<br><br>STALWART PLASTICS, INC. | CASE NO: 24-40194<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 89 |

On 5/7/2024, I did cause a copy of the following documents, described below,

Order Granting Application to Employ Keck Legal, LLC as Counsel for the Official Committee of Unsecured Creditors
ECF Docket Reference No. 89

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2024

/s/ Benjamin R. Keck
Benjamin R. Keck  943504

KECK LEGAL, LLC
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329
678 641 1720
ccooper@kecklegal.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| IN RE:<br><br>STALWART PLASTICS, INC. | CASE NO: 24-40194<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 89 |

On 5/7/2024, a copy of the following documents, described below,

Order Granting Application to Employ Keck Legal, LLC as Counsel for the Official Committee of Unsecured Creditors
ECF Docket Reference No. 89

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Benjamin R. Keck
KECK LEGAL, LLC
2801 Buford Highway NE, Suite 115
Atlanta, GA  30329

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| ROBERT G. FENIMORE<br>OFFICE OF UNITED STATES TRUSTEE<br>440 MARTIN LUTHER KING JR. BLVD., #302<br>MACON, GA 31201 | DARRYL S. LADDIN<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GEORGIA 30363-1031 | ASHLEY R. RAY<br>SCROGGINS & WILLIAMSON, P.C.<br>4401 NORTHSIDE PARKWAY, SUITE 450<br>ATLANTA, GEORGIA 30327 |
| AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO, TX 79998-1535 | CLEARWATER PLUMBING<br>1402 46TH STREET<br>PHENIX CITY, AL 36867-1928 | EXXON MOBIL<br>P.O. BOX 74007278<br>CHICAGO, IL 60674 |
| INDUSTRIAL CONTRACTING SERVICES & MAINT<br>120 GATEWAY COURT<br>COLUMBUS, GA 31909 | SACE INSURANCE<br>P.O. BOX 1842<br>KNOXVILLE, TN 37901 | SHELL POLYMERS<br>150 N. DAIRY ASHFORD WOODCREEK FLOOR 8<br>HOUSTON, TX 77079 |
| YANCEY BROS. CO.<br>2946 SMITH ROAD<br>FORTSON, GA 31808 | TALWART PLASTICS, INC.<br>7701 CHATTSWORTH RD.<br>MIDLAND, GA 31820 | SEAN KULKA<br>ARNALL GOLDEN GREGORY LLP<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GEORGIA 30363-1031 |
| KHALED TARAZI BUCHALTER,<br>A PROFESSIONAL CORPORATION<br>15279 NORTH SCOTTSDALE ROAD, SUITE 400<br>SCOTTSDALE, AZ 85254-2459 | ARRIVE LOGISTICS<br>7701 METROPOLIS DRIVE,<br>BUILDING 15<br>AUSTIN, TX 78744 | MEXICO<br>EMPAQUES POLIPLASTICOS<br>AVENIDA PANAMERICANA 1<br>INDEPENDENCIA PEDRO ESOBEDO<br>QUERETARO 76700 MEXICO |
| GEORGIA POWER<br>96 ANNEX<br>ATLANTA, GA 30396 | METRO POWER<br>1443 6TH AVENUE<br>COLUMBUS, GA 31901 | SAIA MOTOR FREIGHT LINE, LLC<br>P.O. BOX 730532<br>DALLAS, TX 75373 |
| SUNFLOWER BANK, N.A.<br>C/O SCOTT V. SIPE<br>7047 E. GREENWAY PARKWAY - SUITE 140<br>SCOTTSDALE, AZ 85254 | MEXICO<br>FRUMA PLASTICS S.A. DE C.V.<br>BOULEVARD 7000-B, COLONIA CENTRO SUR<br>QUERETARO, QRO, 66090<br>MEXICO | STONE & BAXTER, LLP<br>577 THIRD STREET<br>MACON, GA 31201 |
| NICHOLAS J. GARCIA<br>HALL BOOTH SMITH, P.C.<br>1301 1ST AVENUE, SUITE 100<br>COLUMBUS, GA 31901 | INTERNATIONAL<br>ABZAC<br>815 MOULIN 333320<br>D'ABZAC EYSINES<br>FRANCE | CIGNA HEALTH INSURANCE<br>P.O. BOX 747102<br>PITTSBURGH, PA 15274-7102 |
| ESTES EXPRESS LINES<br>P.O. BOX 105160<br>ATLANTA, GA 30348-5160 | GREIF<br>3082 HMPHRIES HILL ROAD PLANT #1<br>AUSTELL, GA 30106 | NOVA CHEMICALS, INC.<br>1555 CORAOPOLOS HEIGHTS ROAD<br>CORAOPOLIS, PA 15108 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SCHNEIDER NATIONAL, INC.<br>P.O. BOX 281496<br>ATLANTA, GA 30384 | TRUIST BANK<br>C/O LISA ALLEN, SVP<br>2520 NORTHWINDS PARKWAY - SUITE 400<br>ALPHARETTA, GA 30009 | GEORGIA DEPT. OF REVENUE<br>COMPLIANCE DIVISION ARCS-BANKRUPTCY<br>1800 CENTURY BLVD., NE, #9100<br>ATLANTA, GA 30045 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | MUSCOGEE COUNTY TAX COMMISSIONER<br>C/O HON. LOIS HUFF<br>3111 CITIZENS WAY<br>COLUMBUS, GA 31906 | |