**SO ORDERED.**

**SIGNED this 17 day of June, 2024.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STALWART PLASTICS, INC., | ) | CASE NO. 24-40194-JTL |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7

On April 3, 2024, Truist Bank and Truist Equipment Finance Corp. (collectively, "**Truist**") filed a motion to convert this case to Chapter 7 (Dkt. 19) (the "**Conversion Motion**"); on May 3, 2024, this Court entered an order denying the Conversion Motion under certain conditions including, but not limited to, the condition that the Debtor would request conversion of this Chapter 11 case to Chapter 7 within two business days after any potential closing date (the "**Closing Date**") under the Sale Motion (Dkt. 65) and that such conversion would be effective ten days after the Closing Date (Dkt. 95) (the "**Conversion Order**"); on June 11, 2024, and pursuant to the

Conversion Order, the Debtor reported at Dkt. 135 that the Closing Date occurred on June 7, 2024 and requested the conversion (the "**Request**"); and, thus, pursuant to the Conversion Order and based on the Debtor's Request, it is:

ORDERED that the above-captioned Chapter 11 case of Stalwart Plastics, Inc. is converted to Chapter 7, with the effective date of this ordered conversion being June 17, 2014; and it is

ORDERED that all professionals employed under Sections 327, 328, and/or 1103(a) of the Bankruptcy Code who have fee and expense claims against the Debtor's estate and who desire to have such claims ruled on by the Court shall file with the Court, on or before **July 1, 2024**, their interim and final applications for compensation, with such applications covering the period of their employment through and including June 17, 2024.

### END OF ORDER

**Order prepared and submitted by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
Counsel for the Debtor