**SO ORDERED.**

**SIGNED this 7 day of August, 2024.**



_____
**John T. Laney, III
United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| IN RE: | : |
| | :    **Chapter 7** |
| **STALWART PLASTICS, INC.,** | : |
| | :    **Case No. 24-40194-JTL** |
| Debtor. | : |
| | : |

### ORDER GRANTING MOTION OF NOVA CHEMICALS, INC.
### FOR ALLOWANCE AND PAYMENT OF
### ADMININSTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(B)(9)

Upon the Motion (the "Motion")[1] of NOVA Chemicals, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9), the Court having considered the Motion and finding that it has jurisdiction over this matter, that this is a core proceeding, and that notice of the Motion was sufficient under the circumstances; and the Court

---

[1] Capitalized terms used herein have the meanings ascribed to them in the Motion unless otherwise defined.

having determined that the legal and factual basis set forth in the Motion establishes cause for the relief requested therein, IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED in its entirety.

(2) NOVA's 503(b)(9) Claim in the amount of $851,740.81 is hereby allowed as an administrative expense priority claim under 11 U.S.C. §§ 503(b)(9) and 503(a)(2). The 503(b)(9) Claim shall be paid by the Chapter 7 Trustee upon the earliest of (i) a distribution to administrative expense creditors by the Chapter 7 trustee, (ii) payment by the Debtor of any other administrative claim, or (iii) entry of an order of the Court upon a subsequent motion or request by NOVA for immediate payment of the 503(b)(9) Claim.

**END OF DOCUMENT**

**This Order Prepared and Submitted by:**

*/s/ Thomas D. Maxson*
Thomas D. Maxson
PA ID No. 63207
*(Admitted pro hac vice)*
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
Direct: 412-297-4706 / Fax: 412-209-1857
thomas.maxson@dentons.com
*Counsel for NOVA Chemicals, Inc.*